SMARTMETRIC INC.,
Plaintiff–Appellee

v.

MASTERCARD INTERNATIONAL INCORPORATED, Defendant–Appellant

VISA Inc., Defendant.

No. 2015–1598.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2016.

Patrick Francis Bright, Wagner, Anderson & Bright, LLP, Glendale, CA, argued for plaintiff-appellee.

Darren Matthew Franklin, Sheppard, Mullin, Richter & Hampton LLP, Los Angeles, CA, argued for defendant-appellant. Also represented by Gary A. Clark, Andrew T. Kim.

PROST, Chief Judge, NEWMAN and STOLL, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**